| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF TEXAS** | United States Bankruptcy Court<br>Southern District of Texas<br>**ENTERED**<br>February 18, 2025<br>Nathan Ochsner, Clerk |

In Re:  C Burch Enterprises, LLC

**Debtor(s)**

Case No.: 24–35679

Chapter: 7

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Eva S Engelhart is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 2/18/25

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge